Honorable Marc Barreca

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

DIRK C. CHRISTIAN

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-11587

DECLARATION OF MAILING

Diana Spak Mccann states as follows:

I am employed by K. Michael Fitzgerald, Chapter 13 Trustee for the above-numbered case. I am over the age of eighteen years, and am competent to testify in this matter.

On the 16th day of May, 2014, I served a copy of Trustee's Objection to Confirmation on the parties listed below via United States First Class Mail and/or ECF, as specified:

**Via ECF on the date the pleading was filed:**

Richard J Symmes

**Via United States First Class Mail on May 16, 2014:**

-See attached list.

Dated this 16th day of May 2014.

/s/ Diana Spak Mccann
Diana Spak Mccann

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

DECLARATION OF MAILING - 1

**Parties Noticed:**

Dirk C. Christian
1641 Redmond Way #174C
Redmond, WA 98052-4492


MCCARTHY & HOLTHUS LLP
19735 10th Ave NE #N-200
Poulsbo, WA 98370


JP Morgan Chase Bank NA
Attn: Corres Mail   Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203


Condominium Law Group, PLLC
10310 Aurora Ave N
Seattle, WA 98133

CM032